UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIE COPELAND | CIVIL ACTION |
| VERSUS | NO. 17-2122 |
| DANIEL EDWARDS ET AL. | SECTION "I" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter with one modification. Plaintiff's objection raises arguments and claims not raised in his original complaint; therefore, the Court deems it appropriate to modify the dismissal with prejudice to be one without prejudice.

Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITHOUT PREJUDICE**, either as legally frivolous and/or for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana, this 17th day of May, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE